

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2021

No. 04-20-00243-CV

**THE LAW OFFICE OF DENNIS HUNSBERGER PLLC**,
Appellant

v.

**PHYSICIAN LIFE CARE PLANNING, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04283
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's reply brief was due by January 5, 2021.  On January 15, 2021, appellant filed a motion requesting a thirty-day extension of time to file the reply brief.  After consideration, we **GRANT** the motion and **ORDER** appellant to file the brief **by February 4, 2021**.

It is so **ORDERED** on January 22, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT